UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>GERSON PELAGIO SUAREZ,<br><br>Defendant. | No. 16-cr-453 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of a June 11, 2024 letter (*see* Doc. No. 213) from Defendant Gerson Pelagio Suarez requesting an extension of time to reply to the government's June 5, 2024 letter (*see* Doc. No. 212) in response to Suarez's motion for compassionate release, retroactive application of the safety valve provision in 18 U.S.C. § 3553(f), and sentencing relief under Amendment 821 to the United States Sentencing Guidelines (*see* Attachment to Doc No. 210). Defendant's request is GRANTED. IT IS HEREBY ORDERED THAT Defendant shall submit a reply by July 1, 2024.

The Clerk of Court is respectfully directed to terminate the motion at No. 16-cr-453-2, Doc No. 213, and mail a copy of this order to Defendant.

SO ORDERED.

Dated:   June 28, 2024
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation