UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

GERSON PELAGIO SUAREZ,

                Defendant.

No. 16-cr-453 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      In November 2023, Defendant Gerson Pelagio Suarez submitted a letter to the Court requesting that I recuse myself from this case due to the "unnecessary delay" in the adjudication of Defendant's previously filed motion for compassionate release. (Doc. No. 204 at 3.) But by the time Defendant's letter was docketed and received by the Court, Defendant's motion for compassionate release had already been denied without prejudice due to Defendant's failure to exhaust his administrative remedies. (*See* Doc. No. 202.) Because the sole basis underlying Defendant's recusal motion was resolved in 2023, and because Defendant has not attempted to renew his motion for recusal in the intervening months, IT IS HEREBY ORDERED THAT Defendant's recusal request is DENIED.

      The Clerk of Court is respectfully directed to mail a copy of this order to Defendant Gerson Pelagio Suarez.

SO ORDERED.

Dated:     August 4, 2025
             New York, New York

                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES CIRCUIT JUDGE
                                                    Sitting by Designation